PROB 12C
(Rev 06/13)

# UNITED STATES DISTRICT COURT
for
**Eastern District of Wisconsin**

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lee Roy Villa        Case Number: 0757 2:13CR00010 - 1

Name of Judicial Officer: U.S. District Judge J.P. Stadtmueller

(M-14-1852-M)

Date of Original Sentencing: 12/01/2008

Original Offense: Bringing in and Harboring Aliens

Original Sentence: 30 months imprisonment; 36 months supervised release; $100.00 special assessment.

Type of Supervision: Supervised Release        Date Supervision Commenced: 04/13/2011

Assistant U.S. Attorney: William Lipscomb        Defense Attorney:

## PETITIONING THE COURT

☒ To issue a warrant        ☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Mr. Villa failed to report to the U.S. Probation Office within 72 hours of his release from the Bureau of Prisons, in violation of his standard condition. |
| 2. | On 7/14/11, 8/13/11, 9/24/11, 1/21/12, and 10/15/12, Mr. Villa failed to attend random drug testing as directed, in violation of his special condition. |
| 3. | On 8/15/11, Mr. Villa submitted a sample for testing that was positive for cocaine. |
| 4. | In November 2011, Mr. Villa failed to attend AODA treatment as directed. |
| 5. | On 1/31/12, Mr. Villa was issued a citation for Operating While Suspended, in violation of his condition not to violate another federal, state, or local law. Additionally, Mr. Villa failed to notify the U.S. Probation Office of his police contact, in violation of his standard condition. |
| 6. | On 5/11/12, Milwaukee Police Officer responded to a residence in reference of a report of the offender brandishing a stick attached with nails. Mr. Villa was observed driving away in a van. The officers were able to track down the van, at which time they observed Mr. Villa getting out of the vehicle. When officers approached Mr. Villa, he became aggressive and was seen clenching his fists. Mr. Villa was arrested and transported to the police station. A search of the offender's person resulted in a total of 87 pills of Lorazepam, Clonazepam, and Alprazolam. Mr. Villa was subsequently charged with Possession of a Controlled Substance, in Milwaukee County Circuit Court, Case No. 2012CM002583; however, the case was later dismissed without prejudice, in violation of his condition not to violate another, federal, state, or local law. |
| 7. | On 06/29/12, Mr. Villa was questioned by law enforcement and failed to notify his Supervising U.S. Probation Officer, in violation of his standard condition. |
| 8. | On 6/1/13, Mr. Villa was cited for Operating While Suspended, in violation of his condition not to violate another federal, state, or local law. Mr. Villa also failed to notify the U.S. Probation Office of his police contact, in violation of his standard condition. |

U.S. District Judge J.P. Stadtmueller  
November 14, 2013  
Page 2

RE: VILLA, Lee Roy

9. On 8/11/13, at 2:05 a.m., Milwaukee Police Department responded to a complaint of a subject with a weapon. According to the incident report, Mr. Villa and some friends had been drinking for 12 hours when Mr. Villa was in a physical altercation with the victim. According to the incident report, Mr. Villa allegedly stabbed the victim with a knife and then ran away on foot. When police arrived, Mr. Villa could not be located. The victim presented at the emergency room and obtained treatment for his injuries; however, refused to cooperate with law enforcement. Due to the victim's refusal to cooperate, no charges were filed.

10. Attempts to contact Mr. Villa since 8/11/13 have been unsuccessful. Multiple voicemails and written notices to report have been left for Mr. Villa, to no avail. Additionally, multiple home visits have been attempted with no contact.

**U.S. Probation Officer Recommendation:**
Multiple attempts to contact Mr. Villa have been unsuccessful, and at this time, his whereabouts are unknown. It appears Mr. Villa poses a risk of danger to the community, therefore, it is respectfully recommended a warrant be issued to return Mr. Villa to court to show cause why his term of supervised release should not be revoked.

AUSA William Lipscomb was contacted and concurs with this recommendation.

I declare under penalty of perjury that the foregoing is true and correct.  
Executed on     11/14/2013

s/Kathleen M. Schlieve  
Kathleen M. Schlieve  
U.S. Probation Officer

KMS/eh

THE COURT ORDERS:

☐ No action.  
☒ The issuance of a Warrant.  
☐ The issuance of a Summons.  
☐ Other:

s/J.P. Stadtmueller  
J.P. Stadtmueller  
U.S. District Judge  
11/14/2013  
Date

U.S. District Judge J.P. Stadtmueller  
November 14, 2013  
Page 3

RE: **VILLA, Lee Roy**